Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Maryland

__2nd__ Division

| | | |
|---|---|---|
| United States Navy Veteran<br>MISS ČÁROLÏNÉ ÅBÎSÔLA O-KUTUGA<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Mister David Joyner et al<br><br>Nunu ("Unknown")<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. __25CV1976__<br>*(to be filled in by the Clerk's Office)*<br><br>FILED ___ ENTERED<br>LOGGED ___ RECEIVED<br><br>JUN 18 2025<br><br>AT GREENBELT<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY ___ DEPUTY |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MISS ČÁROLÏNÉ ÅBÎSÔLA O-KUTUGA |
| Street Address | 815 Pershing Drive Silver Spring, |
| City and County | Silver Spring, MONTGOMERY |
| State and Zip Code | MD 20910 |
| Telephone Number | 2409639487 |
| E-mail Address | 04abisola@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name: Mister David Joyner
    Job or Title (if known): As CEO of CVS and Employee
    Street Address: 1 CVS Drive,
    City and County: Woonsocket,
    State and Zip Code: RI, 02895
    Telephone Number: PROVIDENCE COUNTY
    E-mail Address (if known):

Defendant No. 2

    Name: "NUNU"
    Job or Title (if known): CVS EMPLOYEE
    Street Address: 825 WAYNE AVE
    City and County: SILVER SPRING, MONTGOMERY
    State and Zip Code: MD 20901
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
320 Assault

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* MISS ČÁROLÏNÉ ÅBÎSÔLA O-KUTUGA, is a citizen of the State of *(name)* MD.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

    The defendant, *(name)* Mister David Joyner As CEO of CVS and Employee "Nunu", is incorporated under the laws of the State of *(name)* MARYLAND, and has its principal place of business in the State of *(name)* MARYLAND.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* MARYLAND.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

MY LIFE IS MORE VALUEABLE THAN MONEY. ACCORDING TO THE CONSTITUTION ASSAULT IS PROHIBITED.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Assault: The length of depositions may be 10-30 Minutes in Length of recordings. According to my length in and then out of the Store 3517. 825 Wayne Avenue, Silver Spring, Md, 20910. (301)-562-5414. At 2:07 PM on the 16th of March, 2025.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

Assault: The length of depositions may be 10-30 Minutes in Length of recordings. According to my length in and then out of the Store 3517. 825 Wayne Avenue, Silver Spring, Md, 20910. (301)-562-5414. At 2:07 PM on the 16th of Match, 2025.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I walked into the store to return an item. No one was behind the register. I asked the person I seen before whether or not she still worked here. So I may return an item. She answered yes. A return was in progress. I noticed the personnel crumbling my receipt with both hands. I asked her not to do so. She informed me, 'I no longer needed it'. I told her that, 'was incorrect'. To hand it over to me. She continued to babble on. I repeated myself and asked her to hand it over to me. That is when she threw the receipt at me. I became extremely upset. The Guarder on duty notice my situation and thankfully pick the receipt up, the cashier threw. That's when the store manager came and attempted to resolve the situation.
An employee, by the name of "NUNU" {I was refused the entirety of their name}

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Because there are so many interferrences occurring in my life as of lately. Punitive- damages such as a particular amount in money of: $1 Trillion USD— are a relief sought. The actions of this business while i was being supportive have caused an everlasting confusion. A plain disgrace. I have post traumatic stress disorder. Actions of this employee have cause life threatening symptoms: ie shortness of breathe.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I live nearby the shop please ensure that the employee has been terminated. She is deemed as an attacker for hire. No money could amount to the Pursuit of Happiness of my life. A Motion for Discovery 1. The First deposition; Provide the VIDEO SURVEILLANCE Of DATE OF Assault: as proff of evidence. 2. Scope of Evidence: to Provide the Lastname of Nunu. For court proceedlinks.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/13/2025

Signature of Plaintiff

Printed Name of Plaintiff    MISS ČÁROLÏNÉ ÅBÎSÔLA O-KUTUGA

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address